**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-10161-amc |
|    Nicholas C. Cosmo | : Chapter 13 |
|               Debtor | : |
| The Bank of New York Mellon, successor | : |
| trustee to JPMorgan Chase Bank, N.A., as | : |
| trustee on behalf of the registered holders of | : |
| Bear Stearns Asset Backed Securities 2006- | |
| SD3, Asset-Backed Certificates, Series 2006- | |
| SD3 c/o Select Portfolio Servicing, Inc. | |
|               Movant | : |
|      vs. | : |
| Nicholas C. Cosmo | |
|            Debtor/Respondent | : |
|      and | : |
| William C. Miller, Esquire | : |
|            Trustee/Respondent | : |

**AMENDED NOTICE OF MOTION RESPONSE**
**DEADLINE AND HEARING DATE**

     The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, N.A., as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities 2006-SD3, Asset-Backed Certificates, Series 2006-SD3 c/o Select Portfolio Servicing, Inc. has filed with the US Bankruptcy Court a Motion for Relief from Stay regarding its rights it has under the mortgage or with respect to the property located at: 1185 Jacksonville Road, Warminster, PA 18974.

     **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

     1.    If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **11/21/2018,** you or your attorney must do <u>all</u> of the following things:

     (a)  **FILE AN ANSWER** explaining your position at:

          United States Bankruptcy Court
          Robert N.C. Nix Building
          900 Market Street, Suite 400
          Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above; **and**

      (b) **MAIL A COPY** of the documents to the Movant's attorney:

Danielle Boyle-Ebersole, Esq.
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA  19454
Phone 215-855-9521
Fax 215-855-9121
Email: debersole@hoflawgroup.com

      2.      If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Ashely M. Chan on **11/27/2018** at **11:00 AM** in Courtroom No. **#4** United States Bankruptcy Court, Robert N.C. Nix Federal Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

      4.      If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Court Clerk's office at (215) 408-2845 to find out whether the hearing has been canceled because no one filed an answer.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-10161-amc |
|    Nicholas C. Cosmo | : Chapter 13 |
|         Debtor | : |
| The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, N.A., as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities 2006-SD3, Asset-Backed Certificates, Series 2006-SD3 c/o Select Portfolio Servicing, Inc. | : : : : : : |
|         Movant | : |
|    vs. | : |
| Nicholas C. Cosmo | : |
|         Debtor/Respondent | : |
|      and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## <u>CERTIFICATION OF SERVICE OF AMENDED</u>
## <u>NOTICE OF MOTION RESPONSE DEADLINE AND HEARING DATE</u>

     I, Danielle Boyle-Ebersole, attorney for Movant, The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, N.A., as trustee on behalf of the registered holders of Bear Stearns Asset Backed Securities 2006-SD3, Asset-Backed Certificates, Series 2006-SD3 c/o Select Portfolio Servicing, Inc., hereby certify that I served a true and correct copy of the Amended Notice of Motion Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **11/07/2018** upon the following:

Brad J. Sadek, Esquire
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Nicholas C. Cosmo
1185 Jacksonville Road
Warminster, PA 18974
Via First Class Mail
*Debtor*

Dated: 11/07/2018

                                            /s/Danielle Boyle-Ebersole, Esquire
                                            Danielle Boyle-Ebersole, Esquire
                                            Hladik, Onorato & Federman, LLP
                                            Attorney I.D. # 81747
                                            298 Wissahickon Avenue
                                            North Wales, PA 19454
                                            Phone 215-855-9521
                                            Fax 215-855-9121
                                            debersole@hoflawgroup.com