**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    NICHOLAS C. COSMO | : |
|       Debtor | : BANKRUPTCY NO.  18-10161AMC |

## **PRAECIPE**

    Kindly relist the above captioned Chapter 13 Bankruptcy Case for a confirmation hearing to January 22, 2019 at 10:00 a.m.

    `                                         Respectfully submitted,

                                                            /s/ William C. Miller

Date:  December 11, 2018                             _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee